**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANTHONY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-0083-RCJ-VPC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| J. ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Anthony Lewis, has filed another motion to extend copywork (docket #23) a motion for counsel (docket #25) and a motion for service of summons (docket #26). These motions have either been addressed and denied before or are premature and unnecessary. They shall be denied.

Plaintiff also moves for an enlargement of time to file his amended civil rights complaint (docket #29) in that the order was not received by him until some fifteen days after it was issued. Good cause appearing,

**IT IS THEREFORE ORDERED** that Plaintiff's motion for time (docket #29) is **GRANTED.** The amended complaint shall be filed on or before September 20, 2010.

**IT IS FURTHER ORDERED** that plaintiff's duplicative motion for appointment of counsel (docket #25) is **DENIED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff's motion for service by U.S. Marshals (docket #26) and his duplicative motion for copywork (docket #23) are **DENIED.**

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE