UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY LEWIS, | ) | 3:10-CV-0083-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 4, 2011 |
| | ) | |
| J. ALLEN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to extend prison copywork limit (#47) is **GRANTED in part**. In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case. The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00 in order to prosecute this case. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available.

The court cautions plaintiff that he should carefully consider the documents he intends to copy as the court will not allow plaintiff to exceed the copy limit by more than $10.00 under any circumstance for the duration of this case. Plaintiff is reminded that documents he drafts may be written in duplicate with the use of carbon paper or by the simple means of preparing the document multiple times.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
          Deputy Clerk