CATHERINE CORTEZ MASTO
Attorney General
CRYSTAL R. WILLIS
Deputy Attorney General
Nevada Bar No. 11013
Bureau of Litigation
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
Fax: (775) 684-1275
E-Mail: cwillis@ag.nv.gov

*Attorneys for Defendants Jason Allen,
Ray East and Derrick Patterson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LEWIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J. ALLEN, *et al.*,<br><br>　　　　Defendants. | 3:10-cv-00083-RCJ-VPC<br><br>**DEFENDANTS' MOTION FOR CONTINUANCE OF EARLY INMATE MEDIATION CONFERENCE**<br><br>**(FIRST REQUEST)** |

　　The Office of the Attorney General Defendants by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Crystal R. Willis, Deputy Attorney General, hereby file *Defendants' Motion for Continuance of Inmate Early Mediation Conference (First Request)*.

　　This Motion is made pursuant to Fed. R. Civ. P. 6(b) and is based on the following Memorandum of Points and Authorities and all of the papers and pleadings on file in this case.

/ / /

/ / /

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

Fed. R. Civ. P. 6(b) provides:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The inmate Early Mediation Conference ("EMC") in this matter is currently set for February 22, 2011. Due to a scheduling conflict at the prison, Defendants respectfully request a continuance of the February 22, 2011 mediation conference to **April 12, 2011 at 9:00 a.m.**

This Motion is made in good faith and not for the purpose of delay.

Dated this 18th day of February, 2011.

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Crystal R. Willis
Crystal R. Willis
Deputy Attorney General
Bureau of Litigation

*Attorneys for Defendants*

Dated: February 18, 2011

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 18th day of February, 2011, I caused to be served a copy of the foregoing **DEFENDANTS' MOTION FOR CONTINUANCE OF EARLY INMATE MEDIATION CONFERENCE (FIRST REQUEST)** by mailing a true and correct copy to the interested party(ies), as follows:

ANTHONY LEWIS #96337
LOVELOCK CORRECTIONAL CENTER
1200 PRISON ROAD
LOVELOCK  NV  89419-5110

ANTHONY LEWIS #96337
ELY STATE PRISON
PO BOX 1989
ELY NV  89301-1989

　　　　　　　　　　　　　　　　　　　　/s/ Crystal R. Willis
　　　　　　　　　　　　　　　　　　　　Crystal R. Willis