UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANTHONY LEWIS,

        Plaintiff,                     3:10-CV-0083-RCJ (VPC)

vs.                                     **MINUTES OF THE COURT**

J. ALLEN, *et al.*,                  Date:  August 22, 2011

        Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

     Plaintiff's motions to relate (#77), for discovery (#80), and for order of medical records (#87) are **DENIED**.  Defendants' motion to dismiss (#62) has been submitted and is pending before this court.  No answer has been filed, no scheduling order has been issued, and no discovery has occurred.

     **IT IS SO ORDERED.**

                                                       LANCE S. WILSON, CLERK

                                By:    /s/
                                             Deputy Clerk