___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

OCT 17 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTHONY LEWIS,

        Plaintiff,

vs.

J. ALLEN *et al.*,

        Defendants.

_____/

3:10-CV-0083-RCJ (VPC)

**MINUTES OF THE COURT**

Date: October 13, 2011

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN__          REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF: __NONE APPEARING__

COUNSEL FOR DEFENDANTS: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS: __XXX__

    Defendants' motion for stay of plaintiff's motion for summary judgment or cross-motion for summary judgment (#98) is **GRANTED**. Defendants may file a response to plaintiff's motions thirty (30) days following the court's ruling on defendants' partial motion to dismiss.

    Defendants' motion for a protective order limiting plaintiff's filings or other relief (#99) is **DENIED without prejudice.** An order imposing a pre-filing restriction is an extreme remedy that should be approached with particular caution. *DeLong v. Hennessy, 912 F.2d 1144* (9th Cir. 1990). If defendants choose, they may re-file a motion with points and authorities containing an adequate record for review by listing the case filings and specific motions that support its order,

and evidence to support a substantive finding of the frivolousness or harassing nature of plaintiff's filings. *Id.* at 1147.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk