FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANTHONY LEWIS,           )   3:10-cv-00083-RCJ-VPC
                         )
        Plaintiff,       )
                         )   **MINUTES OF THE COURT**
   v.                    )
                         )
J. ALLEN, et al.,        )
                         )   November 3, 2011
                         )
        Defendants.      )
_____)

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for the court to summon witnesses to give statements in support of count IV (#92) and defendants did not oppose. The court has not issued a scheduling order, and no discovery has occurred. Moreover, it is not the duty of the court to conduct discovery on behalf of a party. *See* Fed. R. Civ. P. 26. Additionally, this motion is moot in light of the court's Report and Recommendation dismissing count IV for a failure to exhaust administrative remedies.

**IT IS ORDERED** that plaintiff's motion for the court to summon witnesses is **DENIED** (#92).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk