UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LEWIS,<br><br>      Plaintiff,<br><br>v.<br><br>J. ALLEN, et al.,<br><br>      Defendants. | 3:10-cv-00083-RCJ-VPC<br><br>**MINUTES OF THE COURT**<br><br>November 3, 2011 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for the court to summon witnesses to give statements in support of count IV (#92) and defendants did not oppose. The court has not issued a scheduling order, and no discovery has occurred. Moreover, it is not the duty of the court to conduct discovery on behalf of a party. *See* Fed. R. Civ. P. 26. Additionally, this motion is moot in light of the court's Report and Recommendation dismissing count IV for a failure to exhaust administrative remedies.

**IT IS ORDERED** that plaintiff's motion for the court to summon witnesses is **DENIED** (#92).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
     Deputy Clerk