UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY LEWIS, | ) | 3:10-CV-0083-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 2, 2012 |
| J. ALLEN, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 28, 2012, the United States Court of Appeals for the Ninth Circuit dismissed plaintiff's appeal for lack of jurisdiction (#135).  Therefore,

Defendants' motion to stay (#134) pending appeal is **DENIED as moot.**  Defendants shall have until **Wednesday, March 14, 2012** to file an opposition to plaintiff's cross-motion for summary judgment.  Because the motion was filed on October 13, 2011 and defendants' have been granted previous stays and extensions of time, **no further extensions of time will be granted**.

   IT IS SO ORDERED.

                              LANCE S. WILSON, CLERK

                        By:         /s/
                              Deputy Clerk