UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LEWIS,<br><br>        Plaintiff,<br><br>v.<br><br>J. ALLEN, *et al.,*<br><br>        Defendants. | 3:10-CV-00083-RCJ-VPC<br><br>**ORDER** |

    Before the Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#143) entered on April 11, 2012, recommending the Court deny the plaintiff's motion for summary judgment (#90). No objection to the report and recommendation was filed.

    The Court has conducted it's *de novo* review in this case and has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#143) entered on April 11, 2012, should be adopted and accepted.

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#143) entered on April 11, 2012, is adopted and accepted.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment and request for preliminary injunctive relief (#90) is DENIED.

    DATED: this 14th day of August, 2012.

                                                     ROBERT C. JONES<br>
                                                   UNITED STATES DISTRICT JUDGE